IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) Plaintiff, ) ) v. ) ) ) ST. VINCENT HOSPITAL AND ) HEALTH CARE CENTER, INC., ) ) Defendant. ) ) | No. 1:17-cv-3426-RLY-DML |

## Joint Motion for Entry of Consent Decree

Plaintiff, the Equal Employment Opportunity Commission, and Defendant, St. Vincent Hospital and Health Care Center, Inc., jointly move the Court to approve and enter the attached Consent Decree. In support of this Motion, the parties state as follows:

1. The parties desire to resolve this matter without the burden and expense of further litigation.

2. The intent of The Americans With Disabilities Act, as amended, will be realized by entry of the Consent Decree attached as Exhibit A.

3. The Consent Decree is intended to and does resolve all matters in dispute between the EEOC and St. Vincent Hospital in this suit as provided in the Consent Decree.

WHEREFORE the parties jointly request that the Court approve and enter the attached Consent Decree.

Respectfully submitted,

| | |
|---|---|
| Kenneth L. Bird<br>Regional Attorney<br>U.S. Equal Employment Opportunity Commission<br>Indianapolis District Office<br>101 West Ohio Street, Suite 1900<br>Indianapolis, Indiana 46204-4203<br>Phone: 317-226-7204<br>Fax: 317-226-5571<br>Email: Kenneth.Bird@eeoc.gov | /s/ Michael W. Padgett<br>Michael W. Padgett<br>Jackson Lewis P.C.<br>10 West Market Street<br>Suite 2400<br>Indianapolis, Indiana 46204<br>Phone: 317-489-6936<br>Fax: 317-489-6931<br>Email: PadgettM@jacksonlewis.com |
| Nancy Dean Edmonds<br>Supervisory Trial Attorney<br>U.S. Equal Employment Opportunity Commission<br>Indianapolis District Office<br>101 West Ohio Street, Suite 1900<br>Indianapolis, Indiana 46204-4203<br>Phone: 317-226-7229<br>Fax: 317-226-5571<br>Email: Nancy.Edmonds@eeoc.gov | Melissa K. Taft<br>Jackson Lewis P.C.<br>10 West Market Street<br>Suite 2400<br>Indianapolis, Indiana 46204<br>Phone: 317-489-6930<br>Fax: 317-489-6931<br>Email:<br>Melissa.Taft@jacksonlewis.com |
| /s/ Jonathan P. Bryant<br>Jonathan P. Bryant<br>Trial Attorney<br>U.S. Equal Employment Opportunity Commission<br>Indianapolis District Office<br>101 West Ohio Street, Suite 1900<br>Indianapolis, Indiana 46204-4203<br>Phone: 317-226-5588<br>Fax: 317-226-5571<br>Email: Jonathan.Bryant@eeoc.gov | |

## Certificate of Service

      I hereby certify that on April 16, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send notification of the filing to all counsel of record.

                                        s/ Jonathan P. Bryant
                                        Jonathan P. Bryant, Atty. No. 24112-49

                                        EQUAL EMPLOYMENT
                                          OPPORTUNITY COMMISSION
                                        101 W. Ohio Street, Suite 1900
                                        Indianapolis IN 46204-4203
                                        Phone: (317) 226-5588
                                        Fax: (317) 226-5571
                                        Email: jonathan.bryant@eeoc.gov