UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff<br><br>v.<br><br>ST. VINCENT HOSPITAL AND HEALTH CARE CENTER, INC.,<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:17-CV-3426 RLM-DML<br>)<br>)<br>)<br>)<br>) |

## ORDER

The Clerk of the Court is directed to mark this action closed for statistical purposes. Consistent with the consent decree that was entered on May 24, 2018 [Doc. No. 27], the court shall retain jurisdiction, and this case shall be restored to the docket upon motion of either party, if circumstances warrant further action. This order shall not prejudice the rights of the parties to this litigation.

SO ORDERED.

ENTERED:   August 13, 2018

/s/ Robert L. Miller, Jr.
Judge, United States District Court
Northern District of Indiana